UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED            :
  RESTAURANTS LLC,                          :
  a Delaware Limited Liability Company,     :
DD IP HOLDER LLC,                                :
  a Delaware Limited Liability Company,     :
BASKIN-ROBBINS FRANCHISED SHOPS LLC, :
  a Delaware Limited Liability Company,     :
BR IP HOLDER LLC,                                :
  a Delaware Limited Liability Company,     :
                  Plaintiffs,                     :
                v.                            :    C.A. No. 07-CV-3612 (LMM)
KNZ 110th LEXINGTON, LLC,                        :
  a New York Limited Liability Company,     :
KNZ 161 BROADWAY DONUT, LLC,                     :
  a New York Limited Liability Company, and :
KNZ 149 BROADWAY DONUT, LLC,                     :
  a New York Limited Liability Company,     :
                  Defendants.                     :
---------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1, Plaintiffs make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of their stock:

<u>Corporate affiliations</u>.

Plaintiff Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc. Plaintiff DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin'

Donuts Brands, Inc., and owns all of Dunkin' Donuts Franchised Restaurants LLC's U.S. trademarks.  Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiff Baskin-Robbins Franchised Shops LLC, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins."  Baskin-Robbins Franchised Shops LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.  Plaintiff BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchised Shops LLC's U.S. trademarks

Plaintiffs are unaware of any publicly held company that owns 10% or more of an ownership interest in them.  Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

    Respectfully submitted,

/s/ Ronald D. Degen_____
Ronald D. Degen, Esq.  (RD 7808)
Scott Goldfinger, Esq.  (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:    (212) 227-4530
Facsimile:     (212) 385-9813
E-mail:         rdegen@odlegal.com

Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

Collin B. Foulds (CF 5656)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:    (612) 632-3388
Facsimile:    (612) 632-4388

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC
Baskin-Robbins Franchised Shops LLC

Dated: May 7, 2007