McKenna J

**ORIGINAL**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS, LLC,
DD IP HOLDER LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
BR IP HOLDER LLC,

                         Plaintiffs,    Case No. 07-CV-3612 (LMM)

          v.

KNZ 110th LEXINGTON, LLC,
KNZ 161 BROADWAY DONUT, LLC,
KNZ 149 BROADWAY DONUT, LLC

                         Defendants.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07

## ORDER TO SHOW CAUSE

Upon the annexed **Certification of Ronald D. Degen, pursuant to Local Rule 6.1(d),** and all the other papers annexed hereto in support of the motion of Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC for a preliminary injunction enjoining Defendants KNZ 110th Lexington, LLC, KNZ 161 Broadway Donut, LLC and KNZ 149 Broadway Donut LLC to cease violating the Dunkin' Donuts and Baskin-Robbins standards for health, sanitation and safety set forth in Defendants' Franchise Agreements at their businesses located at 1773 Lexington Avenue, New York, New York, 3851 Broadway, New York, New York, and 3600 Broadway, New York, New York; and sufficient cause therefor appearing, it is

**ORDERED,** that Defendants KNZ 110th Lexington, LLC, KNZ 161 Broadway Donut, LLC and KNZ 149 Broadway Donut LLC show cause before HONORABLE LAWRENCE M.



McKENNA, United States District Judge, on the __24__ day of ___MAY___, 2007, at __2:00__ o'clock in the __AFTER__ noon of that day or as soon thereafter as counsel can be heard, at Courtroom 15D, the United States Court House, 500 Pearl Street, New York, New York, why an order should not be entered granting Plaintiffs' motion for a preliminary injunction enjoining Defendants to cease violating Plaintiffs' standards for health, sanitation, and safety, as identified on the Food Safety and Sanitation Inspection forms dated April 2, 2007 and April 5, 2007, attached to Plaintiffs' motion papers as Exhibit 2-A, 2-D and 2-G; and it is further

**ORDERED**, that opposition papers, if any, must be filed with the Court and served on Plaintiffs' attorneys, and a courtesy copy must be delivered to Judge Lawrence M. McKenna, on or before the __18__ day of ___MAY___, 2007; and it is further

**ORDERED**, that reply papers, if any, must be filed with the Court and served on Defendant or its attorneys, and a courtesy copy must be delivered to Judge Lawrence M. McKenna, on or before the __22__ day of ___MAY___, 2007; and it is further

**ORDERED**, that service of a copy of this Order and the papers upon which it is made upon Defendants by overnight carrier on or before the __14__ day of May, 2007, be deemed good and sufficient service.

Dated: New York, New York

May __14__, 2007

_____
**LAWRENCE M. MCKENNA**
United States District Judge