

FS 4 – Equipment is not properly cleaned and food is not protected. Significant mold growth observed on dairy dispenser. (closeup)



FS 4 & FS 15 – Equipment is not properly cleaned and food is not protected. Significant mold growth observed on dairy dispenser. Milk inside container was not moldy or curdled which indicated it was used very recently



FS 13 – Evidence of pests. Mouse dropping observed



FS 13 – Open drain pipe allows for pest infiltration



FS 13 – Evidence of pests. Mouse dropping observed



FS 13 – Evidence of pests. Mouse dropping observed



FS 13 – Large openings allows for pest infiltration



FS 13 – Large openings allows for pest infiltration



FS 4 & FS 15 – Equipment is not properly cleaned and food is not protected. Cover for dairy dispensing container is missing. Mold is growing directly above open milk dispensing container.



FS 4 & FS 15 – Equipment is not properly cleaned and food is not protected. Cover for dairy dispensing container is missing. Mold is growing directly above open milk dispensing container.



FS 13 – Evidence of pests. Mouse dropping observed

FS 4 & FS 15 – Equipment is not properly cleaned and food is not protected.
Cover for dairy dispensing container is missing. Mold is growing directly above open milk dispensing container.