

FS 13 – Large openings allows for pest infiltration



FS 13 – Large openings allows for pest infiltration



FS 13 – Patchwork done is inadequate and with the wrong material. Premixed Thinset is meant for securing ceramic tiles to floors and walls. It is not meant to be used as a joint or wall compound



FS 13 – Large openings allow for pest infiltration. Patchwork done is inadequate and with the wrong material.



FS 15 – Food contact surfaces are not protected from contamination. Paper liners are exposed to various contamination



FS 15 – Food contact surfaces are not protected from contamination. Paper liners are exposed to various contamination



FS 15 – Food contact surfaces are not protected from contamination. Paper liners are exposed to various contamination

FS 15 – Food contact surfaces are not protected from contamination. Paper liners are exposed to various contamination



FS 15 – Food contact surfaces are not protected from contamination. Portion plates are exposed to various contamination (top view)

FS 15 – Food contact surfaces are not protected from contamination. Portion plates are exposed to various contamination.



FS 15 & FS 16– Food contact surfaces are not protected from contamination. Food allergen risks are not addressed. Food prep table is being used to count money. Portion plates are exposed to various contamination. Employee hat is in contact with prep table.



FS 16– Food contact surfaces are not protected from contamination and allergens. Food prep table is being used to count money. Vaseline is being used at food prep area allowing for a significant contamination risk