

FS 15 – Non-approved utility knife is on sugar dispensing machine. Knife cannot be sanitized. Additionally the blade is extended and allows for possible injury

FS 16 – Food containers not labeled. Crystal sugar is stored in a bagel condiment container which is not approved for storage of anything other than the specific bagel condiment



FS 15 – Foods are not protected from contamination. Box O' Joe container is stored open without cap. Allows for contamination and pest access. **Note: Boxes are directly above fan pictured in the photo to the left**



FS 15 – Food contact surfaces are not protected from contamination. Fan is in front of non-approved walk-up window that is open to exterior. Fan is blowing dust, debris and flying insects into the store



FS 15 – Food products are not stored properly to ensure proper temperatures are maintained. Product was discarded.





FS 11 – Hand sink is not properly shielded with splash guards



FS 16 – Food and storage containers are not properly labeled. No label as to what is container inside. Note: the label shown is only the expiration date and not to do with the contents of the container



FS 16 – Food and storage containers are not properly labeled. No label as to what is container inside



FS 1 – Sanitizer solutions are not of adequate strength (bucket #1)

FS 17 – Foods are not properly dated with an expiration date. Date embossed on container is the expiration date of the container before it has been opened. Once opened, it has a 30 day shelf life.



FS 1 – Sanitizer solutions are not of adequate strength (bucket #2)



339360 4-02-07 NYC Reinspection 031