

FS 1 – Sanitizer solutions are not of adequate strength (bucket #3)



FS 1 – Sanitizer solutions are not of adequate strength (Coolatta Cup sanitizer)



FS 1 – Sanitizer solutions are not of adequate strength. Sink sanitier is too strong. It is twice the allowable limit. Manager indicated they do not measure the sanitizer and volume of water necessary for proper concentration



FS 2 – 3 compartment sink is not set up or working properly. Sanitizer side of the sink was too low to properly sanitize smallwares or equipment. Manager indicated the sink has a leak that was not fixed.



FS 13 – Areas where no cleaning has taken place allowing for harborage of pests like fruit flies, house flies and roaches

FS 13 – Areas where no cleaning has taken place allowing for harborage of pests like fruit flies, house flies and roaches



FS 15 – Ceilings and walls in the basement are not properly maintained. Visible cracks and peeling plaster and paint were observed.



FS 13 – Areas where no cleaning has taken place allowing for harborage of pests like fruit flies, house flies and roaches



FS 15 – Supplies being stored direcly on the floor. Also there is no adequate space allowed to ensure proper cleaning



FS 15 – Supplies being stored direcly on the floor. Also there is no adequate space allowed to ensure proper cleaning



FS 15 – Supplies being stored directly on the floor.

FS 15 – Food is being stored directly on the floor. Observed drinks on the floor for nearly 2 hours during the inspection. Requested the drinks be stored properly but the manager did not comply as he was only 1 of 2 in the store at the time



FS 17 & FS 15 – Muffins are not dated and plastic overwrap is opened thereby not providing proper protection from contamination



FS 15 – Foods are not protected from contamination. Foods are in a freezer and already portioned. This is not an approved method for portioning. Additionally the top containers are not covered