

FS 13 – Evidence of pests
Dead roach behind Espresso machine
(Closeup)



FS 13 – Evidence of pests
Dead roach behind Espresso machine



FS 13 – Evidence of pests
Dead roaches behind Sugarshot machine



FS 13 – Evidence of pests
Dead roaches behind Sugarshot machine



FS 15 – Foods are not protected from contamination. Observed several times throughout the inspection the ice bin left open. Dirt and debris were observed in ice. Ice was discarded



FS 15 – Foods are not protected from contamination. Observed several times throughout the inspection the ice bin left open



FS 1 – Sanitizer solutions are not of correct strength. Sanitizer tested too strong. Manager or the crew are not measuring water to ensure proper sanitizer concentration

FS 4 – Equipment & utensils are not being sanitized properly. Sanitizer wipe was left outside of sanitizer several times during the inspection.



FS 4 – Equipment & utensils are not being sanitized properly. Smallwares are left to dry on a non-sanitized surface that is dirty.

FS 4 – Equipment & utensils are not being sanitized properly. Smallwares are left to dry on a non-sanitized surface that is dirty.



FS 2 – Three compartment sink is not set up properly. Sink is being used for hand washing.



FS 2 – Three compartment sink is not set up properly. Sink is being used for hand washing.



FS 2 – Three compartment sink is not set up properly. Sink is being used for hand washing.



FS 2 – Three compartment sink is not set up properly. Sink is being used for hand washing.