

FS 17 – Ham is not dated and is not following First In First Out (FIFO)
FS 15 – Foods are not protected from contamination. Eggs are left exposed without a cover

FS 15 – Foods not protected from contamination. Non-approved and/or outside food is not stored in a separate sealed container



FS 15 – Foods are not protected from contamination. Supreme Omelets are left exposed without a cover or box being closed

FS 15 – Foods are not protected from contamination. Supreme Omelets are left exposed without a cover or box being closed



FS 15 – Foods are not protected from contamination. Whip cream tip is left exposed without a cover



FS 15 – Foods are not protected from contamination. Food is left exposed without a cover



FS 13 – Exposed walls & cracks. Creates harborage condition for roaches and flies (close-up)



FS 13 – Exposed walls & cracks. Creates harborage condition for roaches and flies



FS 13 – Wood block is not approved nor can be cleaned properly. Creates harborage condition for roaches and flies



FS 15 – Foods are not protected from contamination. Cake boards are left exposed to dust & debris. Food will be in direct contact with surface



FS 15 – Foods are not protected from contamination. Cake boards are left exposed to dust & debris. Food will be in direct contact with surface



FS 15 – Foods are not protected from contamination. Cake boards are left exposed to dust & debris. Food will be in direct contact with surface



FS 15 – Foods are not protected from contamination. Cake boards are left exposed to dust & debris. Food will be in direct contact with surface



FS 15 & FS 16 – Foods are not protected from contamination and allergens. Dirt, spoon and other ice cream are in the container. Also, ice cream had been left out at some point and re-frozen, thereby creating possible food safety concerns.



FS 15 & FS 16 – Foods are not protected from contamination and allergens. Dirt, spoon and other ice cream are in the container. Also, ice cream had been left out at some point and re-frozen thereby creating possible food safety concerns.