

FS 15 & FS 16 – Foods are not store correctly and allergen risks are not addressed. Containers are for retail ice cream sales only. Also top is missing from 1 swirl bottle and the other swirl bottle had a broken cover



FS 15 & FS 16 – Foods are not store correctly and allergen risks are not addressed. Containers are for retail ice cream sales only.



FS 15 – Food is not protected from contamination. Sprinkles and Jimmies are stored in a retail only container and without a cover. Container is only meant for retail sales.



FS 16 – Utensils are not stored with handles up. Creates food safety concerns by not protecting the end of the spoon that will be used by a customer.



FS 15 – Food is not protected from contamination. Dairy dispenser does not have required covers for dispensing containers.




FS 15 – Food is not protected from contamination. Dairy dispenser does not have required cover for dispensing container.



FS 15 – Food is not protected from contamination. Dunkaccino dispenser has build up of old possibly out-dated mix with a possibility of contaminating the mixing chamber.



FS 15 – Food is not protected from contamination. Dunkacinno dispenser does not have required covers for dispensing containers.



FS 15 – Foods are not protected from contamination. Paper basket liners are stored exposed to possible contamination.

FS 11 – Hand sink is not properly shielded with spalsh guards.



FS 16 – Allergen risks are not addressed with foods not properly labeled. Several missing and incorrect flavor strips for ice cream.



FS 16 – Allergen risks are not addressed with foods not properly labeled. Several missing and incorrect flavor strips for ice cream.



FS 16 – Food and storage containers are not properly labeled. No label as to what is contained inside. (other side)




FS 16 – Food and storage containers are not properly labeled. No label as to what is contained inside. Note: the label shown is only the expiration date and not to do with the contents of the container



FS 17 – Foods are not properly dated with an expiration date. Date embossed on container is the expiration date of the container before it has been opened. Once opened, it has a 30 day shelf life.