

FS 15 – Upon entering the store observed employee, who was sick, handling food.

FS 15 – Employee's (Eric) food being consumed on surface where food is prepared. Employee was later discovered to be sick with cough and fever.



FS 15 & FS 9 – After employee was asked to leave due to sickness, observed same employee with his phone on the sandwich station



FS 15 & FS 9 – After employee was preparing to leave due to sickness, observed same employee with his street clothes on the sandwich station. When he saw me he tried to remove his clothes so I wouldn't see it.



FS 15 – Foods are not protected from contamination. Foods are piled too high and lid was left open throughout the inspection.

FS 17 – Foods are not dated and not rotated per First In First Out (FIFO)



FS 15 – Retail only food containers are used by employees for personal use.

**Note:** Milk crate was being used as a chair where the sick employee was eating and drinking in the food prep area

FS 4 – Equipment & utensils are not being sanitized properly. Sanitizer wipe was left outside of sanitizer several times during the inspection

FS 15 – Retail only food containers are used by employees for personal use



FS 15 – Foods are not protected from contamination. Chocolate fudge for ice cream products was left exposed and not wrapped or covered

FS 15 – Foods are not protected from contamination. American cheese was left exposed and not wrapped or covered



FS 15 & FS 16 – Foods are not protected from contamination. Chocolate fudge for ice cream products was not covered properly. Additionally, plastic used was a torn piece from another product's packaging. Allergen risk is high.