

FS 15 – Foods are not stored correctly and in such a manner to provide adequate cleaning. Milk crates are not approved for storage applications

FS 17 & FS 15 – Foods are not dated or stored correctly. Date for ham is only on the original box it was in. There is no date on the plastic over-wrap



FS 11 – Hand sinks are not shielded with splash guards



FS 11 – Hand sinks are not setup properly with no paper towels



FS 15 – Foods are not stored correctly and in such a manner to provide adequate cleaning. Milk crates are not approved for storage applications

FS 15 – Supplies are not stored correctly and in such a manner to provide adequate cleaning. Milk crates are not approved for storage applications



FS 15 – Foods are not protected from contamination due to a faulty drain and leaks. Cakes in previous picture were below this drain

FS 15 – Foods are not protected from contamination due to a faulty drain and leaks (see next picture)



FS 15 – Foods are not protected from contamination. Cake boards are left exposed to dust & debris. Food will be in direct contact with surface

FS 15 – Foods are not protected from contamination. Cake boards are left exposed to dust & debris. Food will be in direct contact with surface



FS 13 – Storage areas are not properly maintained to allow for detail cleaning. Creates environment for harborage of roaches, flies and rodents



FS 13 – Storage areas are not properly maintained to allow for detail cleaning. Creates environment for harborage of roaches, flies and rodents