

FS 15 – Food and supplies not protected from contamination. Non approved air fresheners observed. Also employee's shoes stored with other supplies.



FS 15 – Food and supplies not protected from contamination. Non approved Sheetrock compound observed. Also employee's clothes stored with other supplies.



FS 15 – Ice bucket is stored with the open end up. Allows for contamination from dust, debris and other contaminants

FS 12 – Employees are not demonstrating proper hygiene. Employee shoes are not stored properly



FS 15 – Foods are not protected from contamination. Shopping bags are only used for retail purposes. Portion plates are being stored in shopping bags which are non-approved storage containers

FS 15 – Foods are not protected from contamination. Shopping bags are only used for retail purposes.



FS 15 – Lids are stored directly on a work surface. Lids are required to be stored on a sanitary holder or a sanitary speed rail



FS 15 – Foods and supplies are not being used as required. Baskin tub is for ice cream only. Here it is being used as a tip jar.



FS 2 – Three compartment sink is not set up properly. Sink is being used for hand washing.

FS 2 – Three compartment sink & drying area are not being used properly. Smallwares cannot adequately air dry



FS 15 & FS 4 – Food and supplies are not protected from contamination. Unapproved chemical is being used. Sanitizer wipe clothes are not being stored properly. Either in sanitizer or completely dry at air drying area.



FS 15 & FS 4 – Food and supplies are not protected from contamination. Unapproved chemical is being used. Sanitizer wipe clothes are not being stored properly. Either in sanitizer or completely dry at air drying area.