

FS 15 & FS17 – Coffee cup was used to store milk which was not dated or labeled. Milk smelled bad and was visibly curdled. Product was discarded

FS 15 – Food is not protected from contamination. Coffee cup is being used to store milk in. Coffee cups can only be used for retail products



FS 17 – Foods are not properly dated with an expiration date. Date embossed on container is the expiration date of the container before it has been opened. Once opened, it has a 30 day shelf life.



FS 16 – Allergen risks are not addressed with foods not properly labeled. Several missing and incorrect flavor strips for ice cream.



FS 16 & FS 17 – Food and storage containers are not properly labeled. No label as to what is contained inside either swirl bottle and no date of expiration (other side)

FS 16 & FS 17 – Food and storage containers are not properly labeled. No label as to what is contained inside either swirl bottle and no date of expiration

FS 6 – No evidence of consistent or honest documentation of temperature logs

FS 6 – No evidence of consistent or honest documentation of temperature logs

FS 6 – No evidence of consistent or honest documentation of temperature logs

FS 6 – No evidence of consistent or honest documentation of temperature logs