UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DUNKIN' DONUTS FRANCHISED                                  :
  RESTAURANTS, LLC,                                        :
DD IP HOLDER LLC,                                          :
BASKIN-ROBBINS FRANCHISED SHOPS LLC,                       :
BR IP HOLDER LLC,                                          :
                                                           :
                          Plaintiffs,   : Case No. 07-CV-3612 (LMM)
                                                           :
            v.                                             :
                                                           :
KNZ 110th LEXINGTON, LLC,                                  :
KNZ 161 BROADWAY DONUT, LLC,                               :
KNZ 149 BROADWAY DONUT, LLC                                :
                                                           :
                          Defendants.   :
                                                           :
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

   I hereby certify, under penalty of perjury, that on May 14, 2007 I served copies of Plaintiffs' Order to Show Cause, Certification Pursuant to Local Rule 6.1(d), Motion, Memorandum of Law and Certifications and Exhibits, together with a courtesy copy of the Summons, Complaint, Individual Practices of Judge Lawrence M McKenna, USDC/SDNY 3rd Amended Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, which were served upon Defendants through the Secretary of State, by overnight carrier for next business day delivery addressed to each of the following:

KNZ 161 Broadway Donut, LLC
d/b/a Dunkin' Donuts and
  Baskin-Robbins
3851 Broadway
New York, New York 10032

KNZ 149 Broadway Donut, LLC
d/b/a Dunkin' Donuts and
  Baskin-Robbins
3600 Broadway
New York, New York 10031

KNZ 110th Lexington, LLC
d/b/a Dunkin' Donuts and
  Baskin-Robbins
1773 Lexington Avenue
New York, New York 10029

Dated: May 14, 2007.

                                    /s/ Ronald D. Degen
                                    **RONALD D. DEGEN** (RD 7808)