United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DD
IP HOLDER LLC, BASKIN-ROBBINS FRANCHISED SHOPS
LLC and BR IP HOLDER, LLC
        Plaintiffs,        Case No. 07 CV 3612
V.    Judge McKenna

KNZ 110th LEXINGTON, LLC, KNZ 161 BROADWAY
DONUT, LLC and KNZ 149 BROADWAY DONUT, LLC
        Defendants,

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 8th 2007 1:55 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: Summons, complaint, Individual practices of Judge Lawrence M. McKenna, USDC/SDNY 3rd Amended Instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY Guidelines for electronic case filing

ON: KNZ 110th Lexington LLC.

Defendant in this action, by delivering to and leaving with *Carol Vogt, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 53

Height (Approx.) 5'1"   Weight (Approx.) 110   Other identifying features: Glasses

Sworn to before me this
9th day of May 2007

_____
Notary Public
Richard Grice Notary Public State of New York
Saratoga County, No. 4835860
Commission Expires: May. 31, 2007

_____
Sara Grice

<u>United States District Court Southern District of New York</u>

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DD
IP HOLDER LLC, BASKIN-ROBBINS FRANCHISED SHOPS
LLC and BR IP HOLDER, LLC
               Plaintiffs,          Case No. 07 CV 3612
V.        Judge McKenna

KNZ 110th LEXINGTON, LLC, KNZ 161 BROADWAY
DONUT, LLC and KNZ 149 BROADWAY DONUT, LLC
               Defendants,

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 8th 2007 1:55 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: Summons, complaint, Individual practices of Judge Lawrence M. McKenna, USDC/SDNY 3rd Amended Instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY Guidelines for electronic case filing

ON: KNZ 161 Broadway Donut, LLC

Defendant in this action, by delivering to and leaving with *Carol Vogt, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white    Hair Color: dark   Age (Approx.) 53

Height (Approx.) 5'1"    Weight (Approx.) 110   Other identifying features: Glasses

Sworn to before me this
9th day of May 2007

                                                                      Sara Grice

Notary Public
Richard Grice Notary Public State of New York
Saratoga County, No. 4835860
Commission Expires: May. 31, 2007

United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DD
IP HOLDER LLC, BASKIN-ROBBINS FRANCHISED SHOPS
LLC and BR IP HOLDER, LLC
                      Plaintiffs,              Case No. 07 CV 3612
V.      Judge McKenna

KNZ 110th LEXINGTON, LLC, KNZ 161 BROADWAY
DONUT, LLC and KNZ 149 BROADWAY DONUT, LLC

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 8th 2007 1:55 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: Summons, complaint, Individual practices of Judge Lawrence M. McKenna, USDC/SDNY 3rd Amended Instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY Guidelines for electronic case filing

ON: KNZ 149 Broadway Donut, LLC

Defendant in this action, by delivering to and leaving with *Carol Vogt, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 53

Height (Approx.) 5'1"   Weight (Approx.) 110   Other identifying features: Glasses

Sworn to before me this
9th day of May 2007

_____                      _____
Notary Public                                                 Sara Grice
Richard Grice Notary Public State of New York
Saratoga County, No. 4835860
Commission Expires: May. 31, 2007