UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
    a Delaware Limited Liability Company,
DD IP HOLDER LLC,
    a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
    a Delaware Limited Liability Company,
BR IP HOLDER LLC,
    a Delaware Limited Liability Company,

                Plaintiffs,

v.                                                                C.A. No. 07-CV-3612 (LMM)

KNZ 110th LEXINGTON, LLC,
    a New York Limited Liability Company,
KNZ 161 BROADWAY DONUT, LLC,
    a New York Limited Liability Company, and
KNZ 149 BROADWAY DONUT, LLC,
    a New York Limited Liability Company,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

## ORDER

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, Defendants' opposition thereto, and the record herein; it is by the Court, this 24 day of

_____MAY_____, 2007,

ORDERED, that Plaintiffs' Motion for a Preliminary Injunction be, and the same hereby is GRANTED; and it is

FURTHER ORDERED, that Defendants cease violating at Defendants' shops Plaintiffs' standards for health, sanitation, and safety as identified on the Food Safety and Sanitation Inspection Report dated April 2, 2007 and April 5, 2007, attached hereto as Exhibits A-C, within five (5) days of the date of this Order.

ISSUED: 2:16 P.M.

                                                              _____ 5/24/07
                                                              United States District Judge