UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
  a Delaware Limited Liability Company,
BR IP HOLDER LLC,
  a Delaware Limited Liability Company,

        Plaintiffs,

v.                                                                          C.A. No. 07-CV-3612 (LMM)

KNZ 110th LEXINGTON, LLC,
  a New York Limited Liability Company,
KNZ 161 BROADWAY DONUT, LLC,
  a New York Limited Liability Company, and
KNZ 149 BROADWAY DONUT, LLC,
  a New York Limited Liability Company,

        Defendants.
------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 8/20/08

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC, Baskin Robbins Franchised Shops LLC and BR IP Holder LLC hereby give notice of the dismissal of this action without prejudice.

        Respectfully submitted,

        /s/ Ronald D. Degen
        Ronald Degen, Esq. (RD 7808)
        Scott Goldfinger, Esq. (SG 9219)
        O'ROURKE & DEGEN, PLLC
        225 Broadway, Suite 715
        New York, New York 10007
        Telephone: (212) 227-4530
        Facsimile: (212) 385-9813
        E-mail: rdegen@odlegal.com



Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250

Collin B. Foulds (CF 5656)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:   (612) 632-3388
Facsimile:    (612) 632-4388

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC
Baskin-Robbins Franchised Shops LLC

Dated: July 15, 2007

So ORDERED: _____
HON LAWRENCE M. McKenna
08-20-08

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED
 RESTAURANTS, LLC,
DD IP HOLDER LLC,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
BR IP HOLDER LLC,

         Plaintiffs,  Case No. 07-CV-3612 (LMM)

   v.

KNZ 110th LEXINGTON, LLC,
KNZ 161 BROADWAY DONUT, LLC,
KNZ 149 BROADWAY DONUT, LLC

         Defendants.

----------------------------------------------------------X

## CERTIFICATE OF SERVICE

  I hereby certify, under penalty of perjury, that on July 15, 2007 I served Plaintiffs' Notice of Dismissal upon Defendants by first class mail addressed to each of the following:

KNZ 161 Broadway Donut, LLC
d/b/a Dunkin' Donuts and
 Baskin-Robbins
3851 Broadway
New York, New York 10032

KNZ 149 Broadway Donut, LLC
d/b/a Dunkin' Donuts and
 Baskin-Robbins
3600 Broadway
New York, New York 10031

KNZ 110th Lexington, LLC
d/b/a Dunkin' Donuts and
 Baskin-Robbins
1773 Lexington Avenue
New York, New York 10029

Dated: July 15, 2007.

                 /s/ Ronald D. Degen
                 RONALD D. DEGEN (RD 7808)